DPS:clb
AO 91 (Rev. 11/11) Criminal Complaint

2021R00286

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

UNITED STATES OF AMERICA

v.

JAMES DIEDERICH

Case No. 21-mj-582 (BRT)

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about June 9, 2021, in Hennepin County, in the State and District of Minnesota, defendant(s)

**JAMES DIEDERICH** knowingly and intentionally Conspired to Distribute 500 grams or More of a Mixture or Substance Containing Methamphetamine, in violation of Title 21, United States Code, Section(s) 841 and 846.

I further state that I am a(n) Special Agent and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_____
Complainant's signature

Jacob Henkemeyer, Special Agent, HSI
_____
Printed name and title

SUBSCRIBED and SWORN before me
by reliable electronic means via FaceTime pursuant to
Fed. R. Crim. P. 41(d)(3).

Date: Aug 12, 2021

City and State:  St. Paul, MN

_____
Judge's Signature

The Honorable Becky R. Thorson
United States Magistrate Judge
_____
Printed Name and Title

UNITED STATES OF AMERICA

      v.                                        Case No. 21-mj-582 (BRT)

JAMES DIEDERICH

STATE OF MINNESOTA  )
                                 )   ss.   AFFIDAVIT OF JACOB A. HENKEMEYER
COUNTY OF RAMSEY    )

I, Jacob A. Henkemeyer, being duly sworn, depose and state as follows:

## BACKGROUND

1. I am a Special Agent with the Department of Homeland Security (DHS), Homeland Security Investigations (HSI), assigned to the St. Paul, Special Agent in Charge (SAC) office. I have held this position since April 2019. Prior to this position as a Special Agent, I was employed as an Intelligence Analyst within HSI since October 2016, assigned to the St. Paul, SAC office. I have received 28 weeks of specialized training at the Federal Law Enforcement Training Center in Glynco, Georgia. During my time as a Special Agent and an Intelligence Analyst, I have led, and assisted, multiple complex domestic and international investigations involving drug trafficking organizations dealing in cocaine, methamphetamine, heroin, and marijuana.

2. Your affiant makes this affidavit in support of a criminal complaint for an arrest warrant for James DIEDERICH.

3. As set forth below, your affiant respectfully submits that there is probable cause to believe that DIEDERICH has violated Title 21, U.S.C. §§ 841 and 846, Conspiracy to Distribute Methamphetamine.

4.  The facts and information contained in this affidavit are based upon my personal knowledge of the investigation and observations of other investigators involved in the investigation. All observations referenced below that were not personally made by me were related to me by the persons who made such observations. This affidavit contains information necessary to support probable cause for this application. It is not intended to include each and every fact and matter observed by me or known to the government.

## PROBABLE CAUSE

5.  On June 8, 2021, law enforcement officers seized approximately 23.5 pounds of a substance containing methamphetamine from two Airbnb rental properties located in the Twin Cities metro area.

6.  Law enforcement officers, utilizing a source of information (SOI), learned that two more packages of methamphetamine were going to be delivered to one of the Airbnb addresses in Minneapolis on June 9, 2021. Later that same day, law enforcement seized one of the two packages, containing approximately 13.7 pounds of methamphetamine from the Airbnb. During further investigation, law enforcement officers learned that an individual, who did not know that the methamphetamine had been seized, would be arriving to the Airbnb in Minneapolis on June 9 to purchase the methamphetamine. Officers conducted surveillance on the address.

7.  On the evening of June 9, 2021, a black Cadillac Escalade, bearing Minnesota license plate NJM176, arrived at the Airbnb located in Minneapolis. A white male, later identified as James DIEDERICH, was observed entering the front door of the Airbnb with a black backpack slung over his shoulder. After a short time, DIEDERICH was then observed

exiting the Airbnb, and re-entering the Escalade. Moments later, DIEDERICH and a female returned to the Airbnb and were observed entering the front door. DIEDERICH had the black backpack slung over his shoulder. A short time later, both DIEDERICH and the female were observed exiting the Airbnb and departing the area in the Escalade.

8. Law enforcement officers followed the Escalade as it departed the area of the Airbnb. At approximately 9:30 p.m., after a traffic stop of the vehicle had been made, law enforcement contacted DIEDERICH. During that contact, DIEDERICH admitted to going into the Airbnb in Minneapolis with the intent to pick up 50 pounds of methamphetamine. DIEDERICH was also in possession of $64,250 dollars which DIEDERICH admitted was payment for the 50 pounds of methamphetamine.

## CONCLUSION

9. Based on the above-mentioned information, I respectfully request an arrest warrant for James DIEDERICH for violation of 21, U.S.C. §§ 841 and 846, Conspiracy to Distribute Methamphetamine.

Further your affiant sayeth not.

_____
Jake Henkemeyer, Special Agent
Homeland Security Investigations

SUBSCRIBED and SWORN before me
by reliable electronic means via FaceTime
pursuant to Fed. R. Crim. P. 41(d)(3).

_____
HONORABLE BECKY R. THORSON
United States Magistrate Judge

3